**Theodore JUSTICE, Plaintiff—Appellant,**

v.

**Art POPE, in his individual and official capacity; Jack S. Holmes, in his individual and official capacity; Nancy Wells, in her individual and official capacity; Caron Cross, in her individual and official capacity; Dawn Steadman, in her individual and official capacity; Kristen McRay, in her individual and official capacity; Buck Lattimore, in his individual and official capacity; Tracy Weaver, in her individual and official capacity, and others sued in their individual and official capacities, Defendants—Appellees.**

278

No. 07–2065.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 24, 2008.
Decided: Feb. 12, 2008.

Theodore Justice, Appellant Pro Se.

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Justice v. Pope*, No. 5:07–cv–00251–FL (E.D.N.C. July 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*